# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TERESA JONES, individually and as Next of Friend of KEITH JONES, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    No. 2:07-cv-2073 |
| | ) |
| ILLINOIS CENTRAL RAILROAD COMPANY, | )<br>)<br>) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR ENTRY OF JUDGMENT ON ATTORNEY FEES

On November 22, 2010, Plaintiff filed a motion for entry of judgment for attorney fees. The matter was referred to the magistrate judge for a report and recommendation. On August 14, 2011, the magistrate judge issued his report and recommendation. (D.E. #316). No objections have been filed.

Accordingly, upon review, the Court adopts the report and recommendation. For the reasons set forth in the report and recommendation, the Court awards Plaintiff attorney's fees on the total amount of $27,072.00, with $15,378.00 of the amount ($4,176.00 + 8,142.00 + 3,060.00 = $15,378.00) to be paid by Ms. Reifers for fees relating to the discovery of the train crew statements, and $11,694.00 of that amount ($492.00 + $8,142.00 + $3,060.00 = $11,694.00) to be paid jointly by Illionois Central and Ms. Reifers for fees relating to investigating Mr. Grace's testimony and preparing the motion for sanctions.

**IT IS SO ORDERED**, this 31st day of August, 2011.

                                                  s/Bernice Bouie Donald
                                                  **BERNICE BOUIE DONALD**
                                                  **UNITED STATES DISTRICT JUDGE**